**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | BRUCE RAYMOND WAINER, Sr. | : | Chapter 7 |
| | STELLA THALMER WAINER, | : | |
| | | : | |
| | Debtors | : | Bky. No. 20-14046 ELF |

# O R D E R

**AND NOW,** upon consideration of Trustee's Objection to the Debtors' Claim of Exemptions ("the Objection") (Doc. # 18), and after a hearing and consideration of the parties' written submissions;

**AND**, for the reasons stated in the accompanying Opinion;

It is hereby **ORDERED** that the Objection is **OVERRULED** and the Debtor's exemption under §522(d)(10)(E) of their Pacific Life Annuity is **ALLOWED**.

Date:  November 16, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**